gave receipts for the full amount. So that she has accepted the cost of the building on the basis of a cost of $1,000, that is, she has accepted the building at the cost of $1,000 in payment of rent, although she states that she knew of its insufficiency early in the term. Now she would recover back what she has allowed. There has been a plain acceptance of the garage at a cost of $1,000 and in fulfillment of the stipulation to build it.· The judgment and order should be reversed and a new trial ordered, unless the plaintiff, within twenty days, stipulate to reduce the recovery to $250, and in case such stipulation be made, the judgment and order are affirmed, without costs. Jenks, P. J., Hirschberg, Burr and Carr, JJ., concurred. Judgment and order of the City Court of New Rochelle reversed and a new trial ordered, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $250, in which case the judgment as modified, and the order, are affirmed, without costs.

———

Nicholas Parella, as Administrator, etc., of John Parella, Deceased, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Elizabeth B. Riley, Respondent, v. Eleanor M. Ransom and Others, Appellants.— Motion to open default, taken on the 13th day of January, 1913, and granting a motion to vacate and set aside an order of Mr. Justice Tompkins, dated November 30, 1912, which directed the resettling of the case on appeal herein, granted, and motion to vacate such order denied, without costs to either party as against the other. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Elizabeth B. Riley, Respondent, v. Eleanor M. Ransom and Others, Appellants.— Motion to set aside order directing that this case be submitted, and to strike the said case on appeal from this calendar, granted, without costs to either party as against the other. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

John Sorcelli, Appellant, v. John W. Patterson and James W. Patterson, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Margaret F. Brennan, as Administratrix, etc., of Anthony J. Brennan, Deceased, Respondent, v. The Long Island Railroad Company, Appellant, Impleaded with Another.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Thomas A. Carr, Respondent, v. American Cash Register Manufacturing Company, Appellant.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that said court had not jurisdiction of the cause of action between the parties. (Code Civ. Proc., § 340, subd. 3.) Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

John Carroll, Plaintiff, v. John H. McArdle, as Supervisor of the Town